# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142830

ERNEST EDWARDS,
       Plaintiff-Appellant,

v

                                 SC: 142830
                                 COA: 302165
M. MCNUTT and JOHN S. RUBITSCHUN,     Court of Appeals No. 301133
       Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the March 15, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011
                                              Clerk

d0620